UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL CARUSO, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 4:16-CV-01335-RWS |
| | ) |
| SAMUEL DOTSON III, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

### Option 1

☐    The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

XX    An ADR conference was held on: June 21, 2017.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on June 21, 2017. The parties [XX did] achieve a settlement. Check one

### Option 3

☐    Although this case was referred to ADR, a conference WAS NOT HELD.

Date:  June 23, 2017 Neutral:
Karen Tokarz    TOKARZ,
KAREN L. Signature