IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL CARUSO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 4:16-CV-01335 RWS |
| CHIEF D. SAMUEL DOTSON III, et al.. | ) ) ) |
| Defendants. | ) |

**STIPULATION FOR DISMISSAL**

Plaintiff Michael Caruso, through his counsel of record, and defendants D. Samuel Dotson and the City of St. Louis, Missouri, through their counsel of record, hereby stipulate that plaintiff's Complaint, and all of plaintiff's claims and causes of action, are hereby dismissed with prejudice.  Each party will bear that party's own attorney's fees and court costs.

Respectfully submitted,

JULIAN BUSH
CITY COUNSELOR

/s/ Nancy R. Kistler
Nancy R. Kistler #36136
Deputy City Counselor
Room 314, City Hall
1200 Market Street
St. Louis, MO 63103
Phone: (314) 622-3361
Kistlern@stlouis-mo.gov

Attorneys for Defendants

PLEBAN & PETRUSKA LAW, LLC

By:    /s/ Lynette M. Petruska
C. John Pleban, Mo. Bar No. 24190
cpleban@plebanlaw.com
Lynette M. Petruska, Mo. Bar No. 41212
lpetruska@plebanlaw.com
J.C. Pleban, Mo. Bar No. 63166
JC@plebanlaw.com
2010 South Big Bend Blvd.
St. Louis, MO  63117
(314) 645-6666 – Telephone

Attorneys for Plaintiff